MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Stephen R. Bergk

Chapter 7

Case No. 08-35200

Please Check One:

\_\_\_\_\_    Unclaimed Dividends

\_\_X\_\_    Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| St. Paul Radiology<br>166 – 4th Street East<br>St. Paul, MN 55101 | 5 | $113.00 | $4.27 |

Date:  February 26, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475



RECEIVED
10 MAR -1 PM 12:06
US BANKRUPTCY COURT
ST. PAUL, MN